## LEVISLES CARPENTER *v.* COMMISSIONER OF CORRECTION
### (AC 17043)

O'Connell, C. J., and Sullivan and Daly, Js.

Argued May 5—officially released May 19, 1998

Per Curiam. The appeal is dismissed.

## HEYWOOD HEIGHTS CONDOMINIUM ASSOCIATION, INC., ET AL. *v.* CITY OF STAMFORD
### (AC 17384)

O'Connell, C. J., and Sullivan and Daly, Js.

Argued May 5—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WAYNE D. HALL
### (AC 16537)

Lavery, Schaller and Spear, Js.

Argued May 5—officially released May 19, 1998

Per Curiam. The judgment is affirmed.